UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WALTER WHITE,                                        )
                                                     )
                    Plaintiff,                       )
                                                     )
       v.                                            )
                                                     )   Case No. 1:13-cv-1864-JMS-DKL
AUDUBON FINANCIAL BUREAU, LLC                        )
a/d/b/a AFB & ASSOCIATES a/d/b/a                     )
AUDUBON FINANCIAL GROUP,                             )
ADAM D. MARCH,                                       )
DANIEL VALENTINE and                                 )
JOHN DOES 1-5,                                       )
                                                     )
                    Defendants.                      )

**ORDER OF DISMISSAL, WITH PREJUDICE**

       Plaintiff Walter White and Defendants Audubon Financial Bureau, LLC, sued incorrectly

as AFB & Associates and Audubon Financial Group; Adam D. March; and Daniel Valentine, by

counsel, having filed their stipulation of dismissal of this cause of action, with prejudice,

       And the Court, being duly advised in the premises, hereby finds that the claims asserted

in Plaintiff's complaint should be dismissed with prejudice.

       IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause of

action is hereby dismissed, with prejudice, costs paid.

SO ORDERED: ___08/08/2014_____

                                          _____
                                          Hon. Jane Magnus-Stinson, Judge
                                          United States District Court
                                          Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record via
email generated by the Court's ECF system.